IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRELL BLAND,**
**ADC #160685**                                                                                      **PLAINTIFF**

v.                              Case No. 5:18-cv-00021-KGB

**McCLINTON,** *et al*.                                                                       **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 5). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Plaintiff Darrell Bland's complaint is hereby dismissed without prejudice for failure to state a claim for relief (Dkt. No. 2). This dismissal counts as a strike under the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

So ordered this 31st day of May, 2018.

Kristine G. Baker
United States District Judge