IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRELL BLAND,**
**ADC #160685**                                                                                          **PLAINTIFF**

**v.**                           **Case No. 5:18-cv-00021-KGB**

**McCLINTON,** *et al***.**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Darrell Bland's complaint is dismissed without prejudice.

So adjudged this 31st day of May, 2018.

_____
Kristine G. Baker
United States District Judge